# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>M. CARRASCO, et al.,<br><br>    Defendants.<br>_____/ | 1:11-cv-00057-LJO-GBC (PC)<br><br>ORDER DISMISSING ACTION AS DUPLICATIVE OF OTHER LITIGATION<br><br>(ECF No. 1)<br><br>CLERK TO CLOSE CASE |

**ORDER**

George K. Colbert ("Plaintiff') is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was filed on January 12, 2011.  (ECF No. 1).

A review of court records reveals that the Complaint in this action is photocopy of the Complaint in case number 1:10-cv-00010-AWI-MJS (PC) Colbert v. Carrasco, et al., which was filed on January 4, 2011.  The Complaints in both cases are obviously photocopies of each other.  However, Plaintiff included more attachments in the earlier-filed Complaint than the Complaint in this case.

In as much as the complaints are identical, this case, as the latter-filed one, is HEREBY ORDERED DISMISSED as duplicative.

IT IS SO ORDERED.

**Dated:    May 17, 2011**                  /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE